THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NICOLE E. JOHNSON,

Plaintiff,

v.

GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a subsidiary of USAA; and JOHN DOES 1 – 10, inclusive;

Defendant.

No.: 2:25-cv-02097-RSL

STIPULATED MOTION AND ORDER TO EXEND DEADLINE TO FILE INITIAL DISCLOSURES AND HOLD RULE 26 CONFERENCE

Defendant Garrison Property and Casualty Insurance Company ("Garrison") and Plaintiff Nicole E. Johnson, through their respective counsels of record, hereby stipulate and move the Court for an order extending the parties' deadline to file their Initial Disclosures and to hold their Rule 26 conference.

The Initial Disclosures were due on November 19, 2025. The parties stipulate and agree to extend this deadline to December 10, 2025. This request is made to accommodate counsels' scheduling needs and is not made for purposes of delay.

The Rule 26 Conference was to be held by November 12, 2025. The parties stipulate and agree to extend this deadline to December 3, 2025. This request is made to accommodate counsels' scheduling needs and is not made for purposes of delay.

STIPULATED MOTION TO EXTEND DEADLINE TO FILE INITIAL DISCLOSURES AND HOLD RULE 26 CONFERENCE
NO.: 2:25-CV-02097-RSL

PAGE 1

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9109

1 | The Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and
2 | LCR 26(f) was to be held by November 26, 2025. The parties stipulate and agree to extend
3 | this deadline to December 10, 2025. This request is made to accommodate counsels'
4 | scheduling needs and is not made for purposes of delay.

5 |     IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6 |     DATED: November 25, 2025

7 |                   KENNEDYS CMK LLP

9 |                   By *s/ Michael A. Guadagno*
10 |                     Michael A. Guadagno, WSBA #34633
                    E-mail: Michael.guadagno@kennedyslaw.com
                    Armando Padron-Cruz, WSBA # 55530
11 |                     E-mail: armando.padroncruz@kennedyslaw.com

12 |                 *Attorney for Defendant Garrison Property and Casualty Insurance Company, a subsidiary of USAA*

14 |
15 |                 R MARGIN LAW GROUP, PS

17 |                 By *s/ Richard Martin*
                    Richard Martin, WSBA #28771
                    E-mail: rmartin@rmartinlaw.com

18 |                 *Attorney for Plaintiff Nicole E. Johnson*

STIPULATED MOTION TO EXEND DEADLINE TO FILE INITIAL DISCLOSURES AND HOLD RULE 26 CONFERENCE
NO.: 2:25-CV-02097-RSL

PAGE 2

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9109

**ORDER**

The order extending the parties' deadline to file their Initial Disclosures and to hold their Rule 26 conference is hereby GRANTED.

The Rule 26 Conference deadline is extended to December 3, 2025. The Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and LCR 26(f) is extended to December 10, 2025. IT IS SO ORDERED.

DATED this 26th day of November, 2025.

_____
THE HONORABLE ROBERT S. LASNIK

Presented by:

KENNEDYS CMK LLP

By /s/ Michael A. Guadagno
    Michael A. Guadagno, WSBA #34633
    E-mail: Michael.guadagno@kennedyslaw.com
    Armando Padron-Cruz, WSBA # 55530
    E-mail: armando.padroncruz@kennedyslaw.com

*Attorney for Defendant Garrison Property and Casualty Insurance Company, a subsidiary of USAA*

STIPULATED MOTION TO EXEND DEADLINE TO FILE INITIAL DISCLOSURES AND HOLD RULE 26 CONFERENCE NO.: 2:25-CV-02097-RSL

PAGE 3

KENNEDYS CMK LLP
1420 FIFTH AVENUE, STE 2200
SEATTLE, WA 98101
T: 564.224.9109